1108

No. 76–5927. MYERS v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 76–5930. PARROTT v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 76–5932. HANDY v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 76–5937. MOORE v. HEWITT, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 76–5938. RICHEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5941. MILLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5945. SANDERS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 76–5946. MATA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5948. FILION v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–5949. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5952. OWENS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 76–5953. DREDING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.